# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR168 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VICTOR LOPEZ-GONZALEZ, | ) | |
| BARRY ASHCRAFT and | ) | |
| JONNA STEFFEN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion by the government for a continuance of the trial scheduled for October 12, 2010 (Filing No. 59).  The motion is denied.

**IT IS SO ORDERED.**

DATED this 1st day of October, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge