IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR168 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VICTOR LOPEZ-GONZALEZ, | ) | |
| BARRY ASHCRAFT and | ) | |
| JONNA STEFFEN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for reconsideration of the motion to continue by the government (Filing No. 61). Upon reconsideration, the motion to continue will be granted and trial will be continued as to all defendants.

**IT IS ORDERED:**

1. The government's motion to reconsider continuance of trial (Filing No. 61) is granted.

2. Trial of this matter as to all defendants is re-scheduled for **November 8, 2010,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 1, 2010, and November 8, 2010,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 1st day of October, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge