IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:10CR168 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| VICTOR LOPEZ-GONZALEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on defendant's notice of appeal and motion to appeal in forma pauperis. Filing No. 128. Defendant indicates he does not have payment for the fees and costs of transcripts associated with the notice of appeal. Defendant attached an affidavit in support of his motion. Filing No. 128-2. The court carefully reviewed the motion and the affidavit. The Court finds that defendant should be permitted to appeal in forma pauperis.

THEREFORE, IT IS ORDERED that defendant's motion to proceed in forma pauperis, Filing No. 128, is granted.

Dated this 17th day of May, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.