IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10CR168 |
| v. | ) | |
| VICTOR LOPEZ-GONZALEZ, | ) | ORDER |
| Defendant. | ) | |

   This matter is before the court on the defendant's Motion to Continue Self-surrender Date, Filing No. 133, until on or before June 18, 2011. After considering the matter, the court finds the motion should be granted.

   THEREFORE, IT IS ORDERED that the defendant's motion, Filing No. 133, is granted, and defendant victor Lopez-Gonzalez shall self-surrender to the Bureau of Prisons on or before June 18, 2011.

   DATED this 6th day of June, 2011.

                                        BY THE COURT:


                                        s/ Joseph F. Bataillon
                                        Chief United States District Judge